UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARGEEN M. BOWYER,<br><br>           Plaintiff,<br><br>     v.<br><br>OMV MEDICAL INC;<br>JAMES R. LOEB, MD.,<br><br>           Defendants | CASE NO.  C14-1583<br><br>NOTICE OF REMOVAL OF CIVIL ACTION PURSUANT TO<br>28 U.S.C. § 2679(d)(2)<br><br>(King County Superior Court Case No. 14-2-23834-7 SEA) |

To:     Clerk, United States District Court
        Western District of Washington

Defendant United States of America, on behalf of James R. Loeb, M.D., and by and through Annette Hayes, Acting United States Attorney for the Western District of Washington, and Priscilla Chan, Assistant United States Attorney for said District, hereby respectfully files with the Court this Notice of Removal pursuant to Title 28, United States Code, Section 1442(a)(1), to remove Case No. 14-2-23834-7 from the King County Superior Court, to the United States District Court for the Western District of Washington.  In support of this notice, the United States indicates as follows:

1.	OMV Medical Inc. ("OMV, Inc."), and James R. Loeb, M.D. are named defendants in a civil action now pending in the Superior Court of the State of Washington in and for the County of King, entitled: *Margeen M. Bowyer v. OMV Medical, Inc. and James R. Loeb, M.D.*, Case No. 14-2-23834-7. According to the operative Complaint, Plaintiff alleges, in relevant part, that Dr. Loeb was a licensed medical doctor practicing obstetrics and gynecology at Oak Harbor Navy Hospital and associated Oak Harbor Gynecology Clinic in Oak Harbor, Washington. The Complaint alleges further, in relevant part, that Dr. Loeb's treatment of Plaintiff during the relevant time period was medically negligent, constituted battery and resulted in injuries and damages to Plaintiff. *See* Complaint, attached hereto as Exhibit A.

2.	Pursuant to Local Rule CR 101(b), a true and correct copy of the operative Complaint filed in the aforementioned civil action is attached hereto and marked as Exhibit A.

3.	Pursuant to Local Rule CR 101(b), the United States is concurrently filing the Declaration of Priscilla T. Chan Re: Notice of Removal of Civil Action and Verification of State Court Records, which contains a full and complete set of the documents filed with the Clerk of the King County Superior Court during the pendency of the state court action.

4.	The above-described civil action may be removed to this Court pursuant to 28 U.S.C. §§ 1442(a) and 2679(d)(2) on the basis that, at all times and in all respects relevant to the Complaint filed by Plaintiff herein, Dr. Loeb was an obstetrician and gynecologist at the Oak Harbor Naval Hospital and Oak Harbor Gynecology Clinic acting under a personal services contract between OMV, Inc. and the United States Navy under 10 U.S.C. § 1091. Accordingly, pursuant to The Gonzalez Act, 10 U.S.C. § 1089, and the Certification of Annette L. Hayes, Acting United States Attorney, Dr. Loeb was, at all times and in all respects relevant to the allegations of the Complaint, a

1  federal employee acting within the course and scope of employment.  *See* Certification of Annette L.
2  Hayes, Acting United States Attorney, attached hereto as Exhibit B.
3  5.     A copy of this Notice of Removal is being served upon all parties to the underlying litigation
4
5  and will be promptly filed with the clerk of the King County Superior Court.
6        WHEREFORE, based upon the foregoing, the above-referenced action is removed from the
7  King County Superior Court, to the United States District Court for the Western District of
8  Washington.
9
10           DATED this 14th day of October, 2014.
11           Respectfully submitted,
12           ANNETTE HAYES
13           Acting United States Attorney
14           */s/Priscilla T. Chan*
             PRISCILLA T. CHAN, WSBA No. 28533
15           Assistant United States Attorney
             Western District of Washington
16           United States Attorney's Office
17           700 Stewart Street, Suite 5220
             Seattle, WA  98101-1271
18           Phone:  206-553-7970
19           Email: Priscilla.Chan@usdoj.gov
20           Attorneys for the United States of America
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the office of the United States Attorney for the Western District of Washington, is a person of such age and discretion as to be competent to serve papers, and that on this date she served copies of the foregoing document(s) on the person(s) hereinafter named by depositing said copies in the United States mail, postage prepaid, addressed as follows:

> Bruce J. Lambrecht
> 536 Bell Street
> Edmonds, WA 98020

AND TO:    David L. Crump
                100 Second Avenue South, Ste. 210
                Edmonds, WA 98020

AND TO:    Kevin C. Baumgardner
                David Edwards
                1001 Fourth Avenue, Suite 3900
                Seattle, WA 98154-1051

Dated this 14th day of October, 2014

*/s/ Christine Kelly*
CHRISTINE KELLY, Paralegal
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: (206) 553-7970
E-mail: Christine.Kelly@usdoj.gov